UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELINA RAMIREZ ESPARZA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FCA US LLC, <br><br> Defendant. | Case No. 1:21-cv-00466-NONE-SKO <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE <br><br> (Doc. 15) |

On December 10, 2021, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 15.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __December 13, 2021__             /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE